THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIYON CHILES;<br><br>Plaintiff,<br><br>v.<br><br>ORACLE FINANCIAL GROUP, LLC;<br><br>Defendant | Case Number: 2:19-cv-00945-MCE-CKD<br><br>*HON. JUDGE MORRISON C. ENGLAND, JR.*<br><br>**ORDER** |

Good cause showing, the Parties' Stipulation to Amend the Initial Pretrial Scheduling Order (ECF Nos. 7, 9) is hereby GRANTED. The Court amends the original dates as follows:

1. The discovery cut-off, currently set for 365 days post-filing of this action, shall be changed to 270 days from filing, and shall be set for February 18, 2020;

///

**ORDER**

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

2. The First Expert Disclosure date, currently set for 60 days post-discovery cut-off, shall be amended to 30 days post-discovery cut-off, and shall be set for March 19, 2020;

3. The Second Expert Disclosure date, currently set for 30 days post-First Expert Disclosure date, shall remain the same, and shall be set for April 17, 2020;

4. The dispositive motion filing date, currently set for 180 days post-discovery cut-off, shall be amended to 120 days post-discovery cut-off, and shall be set for June 17, 2020;

5. The deadline to file a Joint Notice of Trial Readiness, currently set for 30 days post-order on the last filed dispositive motion(s), shall remain the same; and

6. If the Parties do not intend to file dispositive motions, the deadline to file a Joint Notice of Trial Readiness, currently set for 30 days post-Second Expert Disclosure date, shall remain the same, and shall be set for May 18, 2020.

IT IS SO ORDERED.

Dated: August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE