**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff*,
Ariyon Chiles

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARIYON CHILES;** | **Case No.:** 2:19-cv-00945-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 AND SELECTION OF MEDIATOR** |
| v. | |
| **ORACLE FINANCIAL GROUP, LLC;** | |
| Defendant | |

///

///

///

///

**STIPULATION TO VDRP AND TO MEDIATOR**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Ariyon Chiles ("Plaintiff") and Defendant Oracle Financial Group, LLC ("Defendant") (collectively "the Parties") that:

1. Pursuant to Local Rule 271, the parties agree to submit the above-entitled action to the Voluntary Dispute Resolution Program;
2. The parties agree to utilize the Court's panel mediator Christopher J. Bakes;
3. Mr. Bakes has indicated he is available and willing to mediate the above-entitled action.

**IT IS SO STIPULATED.**

DATED: December 17, 2019

**THE CARDOZA LAW CORPORATION**
BY: /s/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
ARIYON CHILES

DATED: December 17, 2019

**WALSWORTH WFBM, LLP**
BY: /s/ MARY WATSON FISHER
MARY WATSON FISHER, ESQ.
JUDIEE PINKERTON, ESQ.
ATTORNEYS FOR ORACLE FINANCIAL GROUP, LLC

IT IS SO ORDERED.

DATED: January 6, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION TO VDRP AND TO MEDIATOR**