# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIYON CHILES;<br><br>Plaintiff,<br><br>v.<br><br>ORACLE FINANCIAL GROUP, LLC;<br><br>Defendant. | Case No.: 2:19-cv-00945-MCE-CKD<br><br>*HON. JUDGE MORRISON C. ENGLAND, JR.*<br><br>*HON. MAGISTRATE JUDGE CAROLYN K. DELANEY*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

///

///

///

///

///

///

///

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED THAT this action be DISMISSED WITHOUT LEAVE TO AMEND with respect to all Defendants, as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE